1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   KATHEE A. COLEMAN,                        Case No. C 14-01584 VC (DMR)

12              Plaintiff,                      ~~(PROPOSED)~~ **ORDER RE**
                                                **BRIEFING SCHEDULE**
13        v.

14   AMERICAN INTERNATIONAL
     GROUP, INC. GROUP BENEFIT
15   PLAN, and HARTFORD LIFE AND
     ACCIDENT INSURANCE
16   COMPANY,

17              Defendants.

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    The Court, having reviewed the parties' Joint Stipulation to Establish

2  Briefing Schedule, orders as follows:

3    The following deadlines are established for the parties' cross-trial briefing

4  schedule for the ERISA trial under Federal Rule of Civil Procedure, Rule 52:

5         Plaintiff's opening brief due:              November 20, 2014

6         Defendants' opening brief:                  December 18, 2014

7         Plaintiff's reply brief:                    January 15, 2015

8         Defendants' reply brief:                    February 5, 2015

9         Hearing:                                    February 19, 2015

10

11    IT IS SO ORDERED.

12

13

DATED: July 31, 2014        _____

14                              Hon. Vince Chhabria
                                Judge, United States District Court
15

16