1 | LAURENCE F. PADWAY  (SBN 89314)
  | E-Mail: *Lpadway@padway.com*
2 | LAW OFFICES OF LAURENCE F. PADWAY
  | 1516 Oak Street, Suite 109
3 | Alameda, CA  94501
  | Tel:  510.814.0680
4 | Fax:  510.814.0650

5 | Attorneys for Plaintiff Kathee A. Coleman

6 | MELISSA M. COWAN (SBN 175326)
  | E-Mail: *mcowan@bwslaw.com*
7 | KRISTIN P. KYLE DE BAUTISTA (SBN 221750)
  | E-mail: *kkyledebautista@bwslaw.com*
8 | BURKE, WILLIAMS & SORENSEN, LLP
  | 444 South Flower Street, Suite 2400
9 | Los Angeles, CA  90071
  | Tel:  213.236.0600
10 | Fax: 213.236.2700

11 | Attorneys for Defendants American International
   | Group, Inc. Group Benefit Plan, and Hartford Life
12 | and Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHEE A. COLEMAN, | Case No. C 14-01584 VC |
|---|---|
| Plaintiff, | **JOINT STIPULATION RE: TWO COURT-DAY CONTINUANCE OF CROSS-TRIAL BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC. GROUP BENEFIT PLAN, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

Whereas, the Court has not set a deadline for submission of the Administrative Record in this ERISA Case, but the parties have agreed that Defendants shall file the Record concurrent with the filing Plaintiff's Opening Brief;

Whereas, the parties have addressed issues pertaining to the Administrative Record and are bates-stamping it, so it will be ready for use by the parties on Monday, November 17, 2014;

Whereas, Plaintiff's Opening Brief is currently due on Thursday, November 20, 2014;

Whereas, the parties agree that Plaintiff may have up to and including Monday, November 24, 2014, within which to file her Opening Brief; and

Whereas, the parties agree that Defendants may have a similar extension of time in which to file their Opening Brief, from Thursday, December 18, 2014 to Monday, December 22, 2014.

The parties request that the Court permit the two court-day continuance for each party to allow filing of Plaintiff's Opening Brief on November 24, 2014, and Defendants' Opening Brief on December 22, 2014.  No prior continuances have been requested.  All other trial briefing and hearing dates will remain the same.

DATED:  November 14, 2014     LAW OFFICES OF LAURENCE F. PADWAY


By:  /s/ Laurence F. Padway
   LAURENCE F. PADWAY
   Attorney for Plaintiff
   Kathee A. Coleman
   _____

DATED:  November 14, 2014     BURKE, WILLIAMS & SORENSEN, LLP
MELISSA M. COWAN
KRISTIN P. KYLE DE BAUTISTA


By: /s/ Kristin P. Kyle De Bautista
   KRISTIN P. KYLE DE BAUTISTA
   Attorneys for Defendants American
   International Group, Inc. Group Benefit Plan,
   and Hartford Life and Accident Insurance
   Company

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 19, 2014        By: _____

Honorable Vince Chhabria
United States District Court Judge