1  LAURENCE F. PADWAY  (SBN 89314)
   E-Mail: *Lpadway@padway.com*
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA  94501
   Tel:  510.814.0680
4  Fax:  510.814.0650

5  Attorneys for Plaintiff Kathee A. Coleman

6  MELISSA M. COWAN (SBN 175326)
   E-Mail:  *mcowan@bwslaw.com*
7  KRISTIN P. KYLE DE BAUTISTA (SBN 221750)
   E-mail:  *kkyledebautista@bwslaw.com*
8  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
9  Los Angeles, CA  90071
   Tel:  213.236.0600
10 Fax:  213.236.2700

11 Attorneys for Defendants American International
   Group, Inc. Group Benefit Plan, and Hartford Life
12 and Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHEE A. COLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. GROUP BENEFIT PLAN, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No. C 14-01584 VC<br><br>**JOINT STIPULATION RE: ADDITIONAL ONE COURT-DAY CONTINUANCE OF CROSS-TRIAL BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |
|---|---|

Whereas, the Court has not set a deadline for submission of the Administrative Record in this ERISA Case, but the parties have agreed that Defendants shall file the Record concurrent with the filing Plaintiff's Opening Brief;

- 1 -

CASE NO. C 14-01584 VC
JOINT STIPULATION RE CROSS-TRIAL
BRIEFING SCHEDULE

1  Whereas, Plaintiff requires additional time to prepare her opening brief after
2  receiving the administrative record which was served on November 17, 2014;
3  Whereas, Plaintiff's Opening Brief is currently due on Monday, November
4  24, 2014;
5  Whereas, the parties agree that Plaintiff may have up to and including
6  Tuesday, November 25, 2014, within which to file her Opening Brief; and
7  Whereas, the parties agree that Defendants will lodge the Record on
8  Tuesday, November 25, 2014;
9  Whereas, the parties agree that Defendants may have a similar extension of
10 time in which to file their Opening Brief, from Monday, December 22, 2014 to
11 Tuesday, December 23, 2014.
12 The parties request that the Court permit the one-day continuance for each
13 party to allow filing of Plaintiff's Opening Brief on November 25, 2014, and
14 Defendants' Opening Brief on December 23, 2014.  One prior continuance has been
15 requested.  All other trial briefing and hearing dates will remain the same.

DATED: November 21, 2014     LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorney for Plaintiff
Kathee A. Coleman

- 2 -

CASE NO. C 14-01584 VC
JOINT STIPULATION RE CROSS-TRIAL
BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | DATED: November 21, 2014 | BURKE, WILLIAMS & SORENSEN, LLP<br>MELISSA M. COWAN<br>KRISTIN P. KYLE DE BAUTISTA |

1  DATED:  November 21, 2014    BURKE, WILLIAMS & SORENSEN, LLP
                                MELISSA M. COWAN
2                               KRISTIN P. KYLE DE BAUTISTA

3

4                               By: /s/ Kristin P. Kyle Bautista
                                    KRISTIN P. KYLE DE BAUTISTA
5                                   Attorneys for Defendants American
                                    International Group, Inc. Group Benefit Plan,
6                                   and Hartford Life and Accident Insurance
                                    Company
7

8
                                        **ORDER**
9
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
10

11

12
    Date: November 24, 2014 By:  _____
13
                                 Honorable Vince Chhabria
14                               United States District Court Judge