1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| KATHEE A. COLEMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. GROUP BENEFIT PLAN, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>          Defendants. | Case No. C 14-01584 VC (DMR)<br><br>**(PROPOSED) ORDER ON JOINT STIPULATION RE: PAGINATION OF DEFENDANTS' RESPONSIVE BRIEF IN SUPPORT OF MOTION FOR JUDGMENT UNDER F.R.C.P. 52**<br><br>**[Local Rule 7-11]**<br><br>**ERISA Cross-Motion Hearing**<br>**DATE:  February 19, 2015**<br>**TIME:  10:00 a.m.**<br>**CTRM: 4** |

# **ORDER**

1
2
3    Having considered the parties' joint stipulation, it is hereby ORDERED that
4    Defendants' 24-page Responsive Brief filed on February 5, 2015 (Docket No. 41)
5    will remain filed with this Court and will be considered in support of Defendants'
6    Motion for Judgment under FRCP Rule 52.
7
8    [ALTERNTIVELY, Having considered the parties' joint stipulation, and
9    Defendants' proposed 15-page alternate Responsive Brief lodged concurrently
10   therewith, it is hereby ORDERED Defendants' alternate Responsive Brief which
11   does not exceed 15 pages, is hereby accepted in lieu of the Responsive Brief filed
12   on February 5, 2015 (Docket No. 41).]

DATED: February 18, 2015

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE