United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHEE A. COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. GROUP BENEFIT PLAN, et al.,<br><br>    Defendants. | Case No. 14-cv-01584-VC<br><br>**ORDER RE CROSS-MOTIONS FOR JUDGMENT**<br><br>Re: Dkt. Nos. 36, 39 |

Pending before the Court are the plaintiff's motion for summary judgment, Docket No. 36, and the defendants' cross-motion for judgment under Rule 52, Docket No. 39. In the submissions in support of these motions, neither party relies on evidence that is not part of the administrative record. Accordingly, the parties are directed to file, no later than 10:00 a.m. on April 8, 2015, simultaneous letter briefs, not to exceed three single-spaced pages, on whether the Court's ruling on the cross-motions should be in the form of findings of fact and conclusions of law under Rule 52(a), or whether a ruling under Rule 56 would be appropriate. *See Nolan v. Heald Coll.*, 551 F.3d 1148 (9th Cir. 2009). The briefs should address only this question, without further discussion of the merits of the case.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
VINCE CHHABRIA
United States District Judge