UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHEE A. COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP,<br>INC. GROUP BENEFIT PLAN, et al.,<br><br>　　　　Defendant. | 14-cv-01584-VC<br><br>**JUDGMENT** |

　　The Court, having granted the defendants' motion for judgment pursuant to Federal Rule of Civil Procedure 52(a), now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
VINCE CHHABRIA
United States District Judge